■ In the Matter of the Application of JOHN AUSTIN DAILY for Admission to Practice as an Attorney. (From the State of Illinois.) — Application granted. Present — Nolan, P. J., Wenzel, Beldock, Murphy and Kleinfeld, JJ.

■ In the Matter of the Application of CHARLES P. RATH for Admission to Practice as an Attorney. (From the State of Illinois.) — Application granted. Present — Nolan, P. J., Wenzel, Beldock, Murphy and Kleinfeld, JJ.

## THIRD DEPARTMENT, APRIL, 1956
## (April 4, 1956)

■ In the Matter of the Claim of IRVING COHEN, Appellant, against TIDE WATER ASSOCIATED OIL Co. et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion for permission to withdraw appeal granted, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Gibson, JJ.

■ BETTY CUDNEY, Respondent, v. SAMUEL RUBIN et al., Copartners Doing Business as AMERICAN LAUNDRY SUPPLY Co., Appellants.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Gibson, JJ.

■ In the Matter of the Claim of BETTY FLEISCHMAN, Respondent, against A. S. BECK SHOE CORPORATION et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, without costs. Cross motion for leave to serve a notice of appeal upon the Workmen's Compensation Board *nunc pro tunc* denied, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Gibson, JJ.

■ In the Matter of the Claim of ROBERT HORTON, Appellant, against TOWN FIRE PROTECTION DISTRICT et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Gibson, JJ. [See 2 A D 2d 610.]

■ In the Matter of JAMES B. KEENEY, Petitioner, against JOSEPH P. KELLY, as Commissioner of Motor Vehicles of the State of New York, Respondent.— Motion to dismiss proceeding for failure to prosecute granted, by default, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Gibson, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. HERVE C. LE DUC, Appellant, against J. VERNEL JACKSON, as Warden of Clinton Prison, Respondent.— Motion for enlargement of time within which to perfect appeal denied as unnecessary. This appeal is from an order in a civil proceeding. Present — Foster, P. J., Bergan, Coon, Halpern and Gibson, JJ.

■ PEARL MUTHIG, Respondent, v. CHARLES MUTHIG, Appellant.— Motion to dismiss appeal granted, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Gibson, JJ.

■ In the Matter of SEVCHAP CORPORATION, Respondent, against COMMISSIONER OF ASSESSMENT AND TAXATION OF THE CITY OF ALBANY et al., Appellants. (And 61 Other Proceedings.) — Motion for a stay granted, on condition appellants perfect appeal in one or more cases which will be determinative of all the cases included in the motions, on or before April 27, 1956, and be ready to argue this appeal or appeals at the May Term of this court. Present — Foster, P. J., Bergan, Coon, Halpern and Gibson, JJ.